## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: CURTIS, LISA M | § | Case No. 16-82612 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,352.00
*(without deducting any secured claims)*

Assets Exempt: $6,675.00

Total Distribution to Claimants: $0.00

Claims Discharged
Without Payment: $139,304.65

Total Expenses of Administration: $4,155.00

3) Total gross receipts of $ 10,505.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,350.00 (see **Exhibit 2**), yielded net receipts of $4,155.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,336.25 | 4,336.25 | 4,155.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 139,131.82 | 15,579.05 | 15,579.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $139,131.82 | $19,915.30 | $19,915.30 | $4,155.00 |

4)  This case was originally filed under Chapter 7 on November 05, 2016. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017          By: /s/JAMES E. STEVENS
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking: Algonquin Bank & Trust | 1129-000 | 1,000.00 |
| Paypal: PayPal account | 1129-000 | 18.00 |
| Savings/lnvestment: American Funds Account | 1129-000 | 287.00 |
| 2008 Lincoln MKX | 1129-000 | 9,200.00 |
| **TOTAL GROSS RECEIPTS** | | $10,505.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lisa M. Curtis | Debtor's claimed exemption in 2008 Lincoln MKX | 8100-002 | 6,350.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $6,350.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,038.75 | 1,038.75 | 972.13 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 1,787.50 | 1,787.50 | 1,672.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - | 3610-000 | N/A | 1,380.00 | 1,380.00 | 1,380.00 |
| Auctioneer for Trustee Expenses - Hack'sAuctionandRealtyService,Inc. | 3620-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,336.25** | **$4,336.25** | **$4,155.00** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The Gitlin Law Firm, P.C. | 7100-000 | 15,406.22 | 15,579.05 | 15,579.05 | 0.00 |
| NOTFILED | Mercy Health Systems | 7100-000 | 713.61 | N/A | N/A | 0.00 |
| NOTFILED | Margaret Martinelli | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | STC Captiol Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rivani Landscaping Inc | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Roger and Claire Erickson | 7100-000 | 112,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Huntley CSD 158 | 7100-000 | 686.00 | N/A | N/A | 0.00 |
| NOTFILED | Gummerson Rausch Wand Lee | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Boulder Ridge HOA | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |

| NOTFILED | Athletico | 7100-000 | 1,489.79 | N/A | N/A | 0.00 |
| NOTFILED | Ever Landscaping | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Cenlar | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hillcrest Davidson | 7100-000 | 326.20 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $139,131.82 | $15,579.05 | $15,579.05 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 16-82612 | Trustee:        (330420)    JAMES E. STEVENS |
| Case Name:    CURTIS, LISA M | Filed (f) or Converted (c):  11/05/16 (f) |
| | §341(a) Meeting Date:  12/08/16 |
| Period Ending: 09/19/17 | Claims Bar Date:  05/03/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Algonquin Bank & Trust | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 3 | Paypal: PayPal account | 18.00 | 18.00 | | 18.00 | FA |
| 4 | Savings/Investment: American Funds Account | 287.72 | 287.72 | | 287.00 | FA |
| 5 | Household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Samsung cell phone, used laptop, printer | 325.00 | 0.00 | | 0.00 | FA |
| 7 | Paintings at debtor's residence | 350.00 | 0.00 | | 0.00 | FA |
| 8 | Normal clothing at used clothing | 325.00 | 0.00 | | 0.00 | FA |
| 9 | Everyday wearing jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 10 | Bicycle | 50.00 | 0.00 | | 0.00 | FA |
| 11 | 100% owner in Lisa M Curtis babysitting/nanny | 0.00 | 0.00 | | 0.00 | FA |
| 12 | $400 monthly maintenance/child support | 400.00 | 0.00 | | 0.00 | FA |
| 13 | 1998 Toyota Camry | 277.00 | 0.00 | | 0.00 | FA |
| 14 | 2008 Lincoln MKX<br>    See Order to Employ Auctioneer entered March 8,<br>2017. | 11,246.00 | 4,896.00 | | 9,200.00 | FA |
| 15 | Domestic dog - Goldendoodle | 0.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets    Totals (Excluding unknown values)** | **$14,903.72** | **$6,201.72** | | **$10,505.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    May 22, 2017          Current Projected Date Of Final Report (TFR):    May 22, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:   16-82612
Case Name:   CURTIS, LISA M

Taxpayer ID #:   **-***1517
Period Ending:   09/19/17

Trustee:   JAMES E. STEVENS (330420)
Bank Name:   Rabobank, N.A.
Account:   ******8366 - Checking Account
Blanket Bond:   $4,396,000.00   (per case limit)
Separate Bond:   N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/16/17 | | Chanel M. Curtis | non-exempt monies in bank account | | | 1,305.00 | | 1,305.00 |
| | {2} | | | 1,000.00 | 1129-000 | | | 1,305.00 |
| | {4} | | | 287.00 | 1129-000 | | | 1,305.00 |
| | {3} | | | 18.00 | 1129-000 | | | 1,305.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,295.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,285.00 |
| 04/10/17 | | Hack'sAuctionandRealtyService,Inc. | Monies from sale of car | | | 7,720.00 | | 9,005.00 |
| | {14} | | proceeds sale Lincoln | 9,200.00 | 1129-000 | | | 9,005.00 |
| | | | 15% commission | -1,380.00 | 3610-000 | | | 9,005.00 |
| | | | ads plus transportation | -100.00 | 3620-000 | | | 9,005.00 |
| 04/25/17 | 101 | Lisa M. Curtis | Debtor's claimed exemption in 2008 Lincoln MKX | | 8100-002 | | 6,350.00 | 2,655.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,645.00 |
| 07/05/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid  93.58% on $1,787.50, Attorney for Trustee Fees (Other Firm);  Reference: | | 3210-000 | | 1,672.87 | 972.13 |
| 07/05/17 | 103 | JAMES E. STEVENS | Dividend paid  93.58% on $1,038.75, Trustee Compensation;  Reference: | | 2100-000 | | 972.13 | 0.00 |

| | | | | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 9,025.00 | 9,025.00 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | Subtotal | | 9,025.00 | 9,025.00 | |
| | | Less: Payments to Debtors | | | 6,350.00 | |
| | | NET Receipts / Disbursements | | $9,025.00 | $2,675.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******8366 | 9,025.00 | 2,675.00 | 0.00 |
| | $9,025.00 | $2,675.00 | $0.00 |